UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Angela Dawn Cantrell,<br><br>              Plaintiff,<br><br>v.<br><br>Coloplast Corp. and Coloplast Manufacturing US, LLC,<br><br>              Defendants. | Court File No.: 20-cv-0672-WMW-JFD<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Fed. R. App. P. 3(c)(1) and 4(a), that the above-named Plaintiff Angela Dawn Cantrell appeals to the United States Court of Appeals for the Eight Circuit from the judgment entered by the U.S. District Court for the District of Minnesota in this action on July 19, 2022 (ECF No. 148), an order filed July 18, 2022 granting Defendants' motion to exclude Plaintiff's expert witnesses in part and for summary judgment (ECF No. 147), and all interlocutory orders that are merged into the judgment.

Respectfully submitted,

**GOLDENBERGLAW, PLLC**

Dated: 08/15/2022

/s/ *Noah C. Lauricella*
Stuart L. Goldenberg (MN 0158719)
Noah C. Lauricella (MN #0397896)
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis MN 55402
(612) 436-5027 (Tel)
(612) 367-8107 (Fax)
slgoldenberg@goldenberglaw.com
nlauricella@goldenberglaw.com

1

Jeffrey L. Haberman, Esq.
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue,
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
jhaberman@schlesingerlaw.com

Aaron M. Levine
Brandon J. Levine
Elizabeth T. D'Antuono
**AARON M. LEVINE & ASSOCIATES**
1310 L Street, NW, Suite 800
Washington, DC 20005
P: (202) 833-8040
F: (202) 833-8046
aaronlevinelaw@gmail.com

*Attorneys for Plaintiff*